IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRUCE WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:16-CV-596-WKW |
| | )   [WO] |
| NEIL ARAMSTRONG and | ) |
| RICHARD LEE, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On January 3, 2017, the Magistrate Judge filed a Recommendation (Doc. # 5) to which no timely objections have been filed. Upon an independent review of the record, and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED.

2. Plaintiff Bruce Williams's complaint (Doc. # 1) against Defendants Neil Aramstrong and Richard Lee is DISMISSED prior to service of process.

3. This case is DISMISSED without prejudice.

A separate final judgment will be entered.

DONE this 29th day of March, 2017.

                                        /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE